ACCEPTED
03-15-00451-CV
7040244
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/22/2015 3:11:22 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00451-CV

ANGELA BROOKS-BROWN     §

§

v.     §

§

USAA TEXAS LLOYD'S COMPANY     §

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

IN THE THIRD

COURT OF APPEALS

9/22/2015 3:11:22 PM
JEFFREY D. KYLE
Clerk

AUSTIN, TEXAS

## APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

Appellant asks the Court to extend the time to file her brief.

### A. INTRODUCTION

1. Appellant is Angela Brooks-Brown; Appellee is USAA Texas Lloyd's Company.

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38(d).

### B. ARGUMENT & AUTHORITIES

3. Appellant's brief is due on September 22, 2015.

4. Appellant requests an additional 25 days to file her brief, extending the time until October 19, 2015.

5. No extension has been granted to extend the time to file appellant's brief.

6.  Appellant needs additional time to file her brief because:

a.  Counsel for appellant attended a continuing education course in Denver, Colorado on September 17, 2015. Counsel registered for this course in early August 2015. As a prerequisite to attending the course, counsel was required to view more than seven hours of video material and was also required to pass a test on the material. Counsel viewed the video material and took the examination on September 14, 2015, and September 15, 2015. September 11, 2015 was the earliest date on which counsel could begin viewing the video material. Counsel traveled to Denver, Colorado on September 16, 2015. Counsel returned from Denver on September 18, 2015.

b.  Appellee, USAA Texas Lloyd's Company, filed a motion to dismiss this appeal on September 11, 2015. Counsel for appellant is in the process of responding to that motion and will file that response no later than tomorrow, September 23, 2015. Counsel's attention to appellee's motion to dismiss has reduced the time available to

counsel to draft appellant's brief, as the motion to dismiss has taken priority over the drafting of appellant's brief.

c.      Counsel requests a 25-day extension of time to file appellant's brief.  Counsel has registered and paid travel expenses, lodging expenses and attendance fees for a continuing legal education course in Atlanta, Georgia and counsel will attend that course on October 5, 2015 through October 8, 2015.  Counsel will travel to Atlanta on October 4, 2015 and will return to Texas on October 9, 2015. Therefore, counsel has requested a 25-day extension to ensure that he has sufficient time to draft and file appellant's brief.

## C. PRAYER

7.   For these reasons, appellant asks the Court to grant an extension of time to file her brief until October 19, 2015.

Respectfully Submitted,

SCOTT LAW OFFICES
350 Pine Street, Suite 300
Beaumont, Texas 77701
Telephone: (409) 833-5400
Facsimile:   (409) 833-5405


_/s/ Danny Ray Scott_
_____
Danny Ray Scott
State Bar No. 24010920
Email:  Danny@scottlawyers.com
SEAN M. PATTERSON
State Bar No. 24073546
Email: sean@scottlawyers.com
VIRGINIA IZAGUIRRE
State Bar No. 24083230
Email: virginia@scottlawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with Lisa Songy via email on September 22, 2015.  At the time of my filing of this motion, Ms. Songy had not yet responded to my email.  If Ms. Songy communicates her non-opposition to my filing of this motion subsequent to filing, I will so inform the court.


_/s/ Danny Ray Scott_
_____
Danny Ray Scott

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the parties listed below electronically though the court's electronic-filing manager on September 22, 2015:

Lisa A. Songy
TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, Texas 75204
E-Mail Address: LisaS@tbmmlaw.com

/s/ *Danny Ray Scott*
_____
Danny Ray Scott